1   THEODORE J. BOUTROUS, JR., SBN 132099
        TBoutrous@gibsondunn.com
2   CHRISTOPHER D. DUSSEAULT, SBN 177557
        CDusseault@gibsondunn.com
3   SAMUEL G. LIVERSIDGE, SBN 180578
        SLiversidge@gibsondunn.com
4   JILLIAN N. LONDON, SBN 319924
        JLondon@gibsondunn.com
5   GIBSON, DUNN & CRUTCHER LLP
    333 South Grand Avenue
6   Los Angeles, CA 90071-3197
    Telephone: 213.229.7000
7   Facsimile:  213.229.7520

8   RACHEL S. BRASS, SBN 219301
        RBrass@gibsondunn.com
9   GIBSON, DUNN & CRUTCHER LLP
    555 Mission Street, Suite 3000
10  San Francisco, CA 94105-0921
    Telephone: 415.393.8200
11  Facsimile:  415.393.8306

12  Attorneys for Defendant
    ENERGIZER HOLDINGS, INC.

13
    [*Additional Attorneys Listed In Signature Block*]
14
                    UNITED STATES DISTRICT COURT
15
                  NORTHERN DISTRICT OF CALIFORNIA
16
                        SAN JOSE DIVISION
17

18
    DON COPELAND, JOSEPH MURRAY,          CASE NO. 5:23-CV-02087-PCP
19  CAROL SMITH, PATRICK WHITNEY,
    PHILLIP HAGUE, DENISE FOTIS,          **STIPULATION AND [PROPOSED] ORDER**
20  ROXANN DORIOTT, BRUCE MIMS,           **REGARDING STAY OF DISCOVERY**
    LORI ABLY, TIMOTHY BROWN,
21  PETER COSTAS, AND MIKE BALLARD,
    on behalf of themselves and those similarly
22  situated,

23                  Plaintiffs,

24       v.

25  ENERGIZER HOLDINGS, INC.; AND
    WAL-MART, INC.,
26
                    Defendants.
27

28  [*Caption Continues on Following Page*]

1

PORTABLE POWER, INC., on behalf of itself
and those similarly situated,

CASE NO. 5:23-CV-02091-PCP

2

3

Plaintiffs,

4

v.

5

ENERGIZER HOLDINGS, INC.; AND
WAL-MART, INC.,

6

Defendants.

CASE NO. 5:23-CV-02093-PCP

7

KIMBERLY SCHUMAN and KYLE KELLEY,
on behalf of themselves and those similarly
situated,

8

9

Plaintiffs,

10

v.

11

ENERGIZER HOLDINGS, INC.; AND
WAL-MART, INC.,

12

13

Defendants.

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Pursuant to Civil Local Rule 7-12, Plaintiffs Don Copeland, Joseph Murray, Carol Smith, Patrick Whitney, Phillip Hague, Denise Fotis, Roxann Doriott, Bruce Mims, Lori Ably, Timothy Brown, Peter Costas, and Mike Ballard, on behalf of themselves and those similarly situated (the "*Copeland* Plaintiffs"), Portable Power, Inc., on behalf of itself and those similarly situated ("Portable Power"), and Kimberly Schuman and Kyle Kelley, on behalf of themselves and those similarly situated (the "Schuman Plaintiffs" and together with the *Copeland* Plaintiffs and Portable Power, "Plaintiffs"), Defendant Energizer Holdings, Inc. ("Energizer"), and Defendant Walmart Inc. ("Walmart" and together with Energizer, "Defendants"), by and through their undersigned counsel of record, hereby stipulate as follows:

WHEREAS, Plaintiffs filed three complaints against Defendants on April 28, 2023, which were related on May 23, 2023 (ECF No. 22[1]) and assigned to this Court as of August 18, 2023 (ECF Nos. 69, 70);

WHEREAS, on July 31, 2023, Defendants filed a joint motion to dismiss the complaints in their entirety (ECF No. 63);

WHEREAS, the Parties stipulated (ECF No. 57) and this Court so ordered (ECF No. 58) that Plaintiffs' opposition to the motion to dismiss shall be filed no later than September 14, 2023, and Defendants' reply to the opposition to the motion to dismiss shall be filed no later than October 16, 2023;

WHEREAS, on August 3, 2023, Defendants filed a joint motion to stay discovery pending the outcome of their motion to dismiss (ECF. No. 66);

WHEREAS, the Parties have been meeting and conferring regarding a resolution to Defendants' motion to stay discovery;

WHEREAS, the Parties have agreed that, in exchange for Defendants' production of certain documents to Plaintiffs, discovery and disclosures shall be stayed in each of the above-captioned matters pending the Court's ruling on Defendants' motion to dismiss;

---

[1] All ECF No. __ citations are to *Copeland v. Energizer*, No. 23-cv-02087-PCP.

WHEREAS, Defendants shall withdraw their motion to stay discovery without prejudice upon entry of this Stipulation and [Proposed] Order Regarding Stay of Discovery;

WHEREAS, the Parties, by reaching this resolution, have not waived any potential objections as to the appropriateness of any discovery sought in the above-captions actions, including as to privilege, scope, and time period;

WHEREAS, the Parties, by reaching this resolution, have not waived any future ability to move to stay or compel discovery;

NOW, THEREFORE, Plaintiffs and Defendants have agreed to, and respectively submit for approval by the Court, the following:

1. Defendants shall produce the agreed-upon documents within 21 days of the entry of an order approving this stipulation or within five days of the entry of an order approving the forthcoming stipulated protective order, whichever comes later.

2. Additional discovery and disclosures in the above-captioned actions shall be stayed pending the Court's ruling on Defendants' motion to dismiss (ECF No. 63).

3. Defendants shall withdraw their motion to stay discovery (ECF No. 66).

**IT IS SO STIPULATED.**

Dated: September 15, 2023

GIBSON, DUNN & CRUTCHER LLP


By: /s/   *Samuel G. Liversidge*
            Samuel G. Liversidge

THEODORE J. BOUTROUS, JR., SBN 132099
    TBoutrous@gibsondunn.com
CHRISTOPHER D. DUSSEAULT, SBN 177557
    CDusseault@gibsondunn.com
SAMUEL G. LIVERSIDGE, SBN 180578
    SLiversidge@gibsondunn.com
JILLIAN N. LONDON, SBN 319924
    JLondon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone:      213.229.7000
Facsimile:      213.229.7520

1   RACHEL S. BRASS, SBN 219301
        RBrass@gibsondunn.com
2   GIBSON, DUNN & CRUTCHER LLP
    555 Mission Street, Suite 3000
3   San Francisco, CA 94105-0921
    Telephone:      415.393.8200
4   Facsimile:      415.393.8306

5   Attorneys for Defendant
    ENERGIZER HOLDINGS, INC.
6

7
    Dated: September 15, 2023
8
                                    By: /s/   Christopher S. Yates
                                              Christopher S. Yates
9
                                    LATHAM & WATKINS LLP
10                                  Christopher S. Yates (Bar No. 161273)
                                        chris.yates@lw.com
11                                  Belinda S Lee (Bar No. 199635)
                                        belinda.lee@lw.com
12                                  Brendan A. McShane (Bar No. 227501)
                                        brendan.mcshane@lw.com
13                                  Alicia R. Jovais (Bar No. 296172)
                                        alicia.jovais@lw.com
14                                  505 Montgomery Street, Suite 2000
                                    San Francisco, California 94111-6538
15                                  Telephone: +1.415.391.0600

16                                  Lawrence E. Buterman (pro hac vice)
                                        lawrence.buterman@lw.com
17                                  1271 Avenue of the Americas
                                    New York, NY 10020
18                                  Telephone: +1.212.906.1747

19                                  Attorneys for Defendant
                                    WALMART INC.
20

21

22
    Dated: September 15, 2023        Respectfully submitted,
23
                                    By:    /s/  Kyla J. Gibboney
24
                                    Rosemary M. Rivas (SBN 209147)
25                                  Kyla J. Gibboney (SBN 301441)
                                    **GIBBS LAW GROUP LLP**
26                                  1111 Broadway, Suite 2100
                                    Oakland, California 94607
27                                  Telephone: (510) 350-9700
                                    Facsimile: (510) 350-9701
28

---
3

rmr@classlawgroup.com
kjg@classlawgroup.com

Matthew S. Weiler (SBN 236052)
Todd M. Schneider (SBN 158253)
Jason H. Kim (SBN 220279)
**SCHNEIDER WALLACE**
**COTTRELL KONECKY LLP**
2000 Powell Street, Suite 1400
Emeryville, CA 94608
Telephone: (415) 421-7100
MWeiler@schneiderwallace.com
TSchneider@schneiderwallace.com
JKim@schneiderwallace.com

Joshua P. Davis (SBN 193254)
Julie A. Pollock (SBN 346081)
**BERGER MONTAGUE PC**
505 Montgomery St., Ste. 625
San Francisco, CA 94111
Telephone: (800) 424-6690
jdavis@bm.netjpollock@bm.net

Michael Dell'Angelo (pro hac vice)
**BERGER MONTAGUE PC**
1818 Market St., Ste. 3600
Philadelphia, PA 19103
Telephone: (215) 875-3000
mdellangelo@bm.net

*Attorneys for Plaintiff Portable Power, Inc.;*
*Counsel for Plaintiffs Kimberly Schuman,*
*Kyle Kelley, and the Proposed Direct*
*Purchaser Classes*

Dated:  September 15, 2023                    Respectfully submitted,


                                             /s/ Daniel H. Silverman

                                             Daniel H. Silverman (*pro hac vice*)
                                             **COHEN MILSTEIN SELLERS & TOLL**
                                             **PLLC**
                                             769 Centre Street, Suite 207
                                             Boston, MA 02130
                                             Tel: (202) 408-4600
                                             Fax: (202) 408-4699
                                             dsilverman@cohenmilstein.com

                                             Alison Deich (*pro hac vice*)
                                             Richard Koffman (*pro hac vice*)
                                             John Bracken (*pro hac vice*)
                                             Leonardo Chingcuanco (*pro hac vice*) (SBN 308640)

4

STIPULATION AND [PROPOSED] ORDER REGARDING STAY OF DISCOVERY
CASE NOS. 5:23-CV-02087-PCP, 5:23-CV-02091-PCP, 5:23-CV-02093-PCP

1

**COHEN MILSTEIN SELLERS & TOLL PLLC**

2

1100 New York Ave. NW, Suite 500
Washington, DC 20005

3

Tel: (202) 408-4600
Fax: (202) 408-4699

4

adeich@cohenmilstein.com
rkoffman@cohenmilstein.com

5

jbracken@cohenmilstein.com
lchingcuanco@cohenmilstein.com

6

7

*Counsel for Plaintiffs Don Copeland, Joseph Murray, Carol Smith, Patrick Whitney, Phillip Hague, Denise Fotis, Roxann Doriott, Bruce Mims, Lori Ably, Timothy Brown, Peter Costas, and Mike Ballard and Proposed Lead Counsel for Indirect Purchaser Class*

8

9

10

Sarah Grossman-Swenson (SBN 259792)
Kimberley C. Weber (SBN 302894)

11

**MCCRACKEN STEMERMAN & HOLSBERRY LLP**

12

475 14th Street, Suite 1200
Oakland, CA 94612

13

(415) 597-7200
sgs@msh.law

14

kweber@msh.law

15

*Local Counsel for Copeland Plaintiffs*

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER REGARDING STAY OF DISCOVERY
CASE NOS. 5:23-CV-02087-PCP, 5:23-CV-02091-PCP, 5:23-CV-02093-PCP

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## ECF ATTESTATION

Pursuant to Civil Local Rule 5-1(h)(3), I attest that the concurrence in the filing of this document has been obtained from all other signatories.

Dated: _____ September 15 _____, 2023          */s/ Samuel G. Liversidge* _____

* * * * *

## [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____ September 18 _____, 2023          _____

Hon. P. Casey Pitts
United States District Judge

---

5

STIPULATION AND [PROPOSED] ORDER REGARDING STAY OF DISCOVERY
CASE NOS. 5:23-CV-02087-PCP, 5:23-CV-02091-PCP, 5:23-CV-02093-PCP