UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DON COPELAND, et al., | Case No. 23-cv-02087-PCP (SVK) |
| Plaintiffs, | **REDACTION ORDER** |
| v. | |
| ENERGIZER HOLDINGS, INC., et al., | |
| Defendants. | |
| PORTABLE POWER, INC., et al., | Case No. 23-cv-02091-PCP (SVK) |
| Plaintiffs, | |
| v. | |
| ENERGIZER HOLDINGS, INC., et al., | |
| Defendants. | |
| KIMBERLY SCHUMAN, et al., | Case No. 23-cv-02093-PCP (SVK) |
| Plaintiffs, | |
| v. | |
| ENERGIZER HOLDINGS, INC., et al., | |
| Defendants. | |

The Court's January 7, 2026 Order re Defendant's Motion to Compel Production re Privileged Document has been provisionally filed under seal. By **January 21, 2026**, the Parties are to meet and confer and submit joint proposed redactions accompanied by an administrative motion to seal that complies with Civil Local Rule 79-5. If proposed redactions are not received by the deadline, the Court may order that the January 7, 2026 Order be filed on the public docket.

**SO ORDERED.**

Dated: January 7, 2026

SUSAN VAN KEULEN
United States Magistrate Judge