**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| PORTABLE POWER, INC., et al., | Case No.: 5:23-cv-02091-PCP-SVK |
| Plaintiffs, | Judge:   Hon. P. Casey Pitts |
| v. | **[PROPOSED] ORDER ON COUNTERCLAIM DEFENDANTS PORTABLE POWER, INC. AND RICHARD PETRETTI'S MOTION TO DISMISS** |
| ENERGIZER HOLDINGS, INC.; AND WAL-MART, INC., | |
| Defendants. | |
| AND | |
| ENERGIZER HOLDINGS, INC., | Date:   April 2, 2026 |
| Counterclaim Plaintiff, | Time:   10:00 a.m. |
| v. | Court:  8, 4th Floor |
| PORTABLE POWER, INC., RICHARD PETRETTI, and STEPHANIE RICE, | |
| Counterclaim Defendants, | |

**[PROPOSED] ORDER**

Counterclaim Defendants Portable Power, Inc. and Richard Petretti's Motion to Dismiss Counterclaim Plaintiff Energizer Holdings, Inc.'s Counterclaim came regularly for hearing on April 2, 2026, before the Honorable P. Casey Pitts in Courtroom 8 of the Robert F. Peckham Federal Buildings and United States Courthouse, located at 280 South 1st Street, San Jose, California 95113.

The Court, having considered all of the papers filed by the parties, and oral argument having been heard:

**NOW, THEREFORE, IT IS HEREBY ORDERED AS FOLLOWS**

Counterclaim Defendants Portable Power, Inc. and Richard Petretti's Motion to Dismiss is granted in its entirety; and

Counterclaim Plaintiff Energizer Holdings, Inc.'s First, Second, Third, Fourth, and Fifth Counterclaims are dismissed without leave to amend.

**IT IS SO ORDERED**.

Dated: _____

_____
The Honorable P. Casey Pitts
United States District Judge